UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RAY L. OLSEN, | Civil No. C05-5440RJB |
| Plaintiff, | |
| vs. | |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | ORDER |
| Defendant | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings, including, but not limited to, the following actions: the administrative law judge (ALJ) will further address Plaintiff's pain and somatoform disorder; the ALJ will consider the opinions of Rogelio Zaragoza, M.D. (Tr. 230-233), Warren Harrison, M.D. (Tr. 258), John E. Kehoe, M.D. (Tr. 261-262, 264-265), Paul Allen, M.D. (Tr. 294-302), Sean T. Atteridge, D.O. (Tr. 304-306), Alan F. Javel, M.D. (Tr. 320), Anita Peterson, Ph.D., and Bruce Eather, Ph.D. (Tr. 288-291), and Howard Quint,

Page 1      ORDER- [C05-5440RJB]

M.D. (Tr. 234-239) and the ALJ will provide reasons if the opinions are not accepted; the ALJ will further consider Plaintiff's credibility taking into account the statements of Plaintiff's wife, Shari Olsen (Tr. 124-128, 151-155) and Plaintiff's friend (Tr. 135-139); the ALJ will further address Plaintiff's residual functional capacity; and if warranted, the ALJ will obtain supplemental vocational expert evidence.

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

DATED this 30th day of November, 2005.

Robert J. Bryan
United States District Judge

Recommended for Entry:

 /s/ J. Kelley Arnold
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Daphne Banay
Daphne Banay
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Seattle, WA  98104-7075
Phone:  206-615-2113
Fax:     206-615-2531
daphne.banay@ssa.gov

Page 2      ORDER- [C05-5440RJB]